CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 27 2021

JULIA C. DUDLEY, CLERK
BY: /s/ A. Beeson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SUNG TAE LIM, | ) |
| | ) |
| Plaintiff, | )  Civil Action No. 7:21-CV-250 |
| | ) |
| v. | ) |
| | )  By: Michael F. Urbanski |
| ELLEN MARIE HESS, | )  Chief United States District Judge |
| | ) |
| Defendant. | ) |

### ORDER

This matter was referred to the Honorable Robert S. Ballou, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact, conclusions of law, and a recommended disposition. The magistrate judge filed a report and recommendation on August 12, 2021, recommending that the case be **DISMISSED** from the docket for failure to prosecute. No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety.

As such, it is hereby **ORDERED** that:

1. The report and recommendation, ECF No.15, is **ADOPTED in its entirety**; and

2. The case is **DISMISSED without prejudice for failure to prosecute**.

Entered: 09-27-2021

Michael F. Urbanski
Chief United States District Judge